■ In the Matter of LOUIS FRIED, Petitioner, BROOKLYN BAR ASSOCIATION, Respondent.— Application by petitioner for reinstatement as an attorney and counselor at law. Petitioner was disbarred by this court in 1936, and his prior applications for reinstatement have been denied (*Matter of Brooklyn Bar Assn.* [*Fried*], 246 App. Div. 817; 14 A D 2d 920). Application denied. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. PERCY WEBB, Defendant.— Motion by defendant to vacate order entered April 30, 1951 dismissing his appeal, and for other relief, denied. This denial, however, is with leave to renew after defendant shall have utilized the procedure of a *coram nobis* application in the court below for the purpose of establishing the truth of any claim which he may assert to the effect that his right to prosecute the appeal had been lost or effectively frustrated without any fault or knowledge on his part (see *People* v. *Adams,* 12 N Y 2d 417). Beldock, P. J., Christ, Brennan, Hill and Rabin, JJ., concur.